Anoush Hakimi (SBN 228858)
  anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
  peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7080 Hollywood Blvd., Suite 804
Los Angeles, California 90028
Telephone: (323) 672-8281
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**JAMES SHAYLER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>    Plaintiff,<br><br>vs.<br><br>Benjamin Arreola, Trustee and any Successor Trustee of the Arreola Living Trust; Rosa Arreola, Trustee and any Successor Trustee of the Arreola Living Trust; and Does 1-10,<br><br>    Defendants. | CASE NO.:  2:20-cv-00232-PSG-AGR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Philip S. Gutierrez<br>Trial Date:  Not on Calendar |

   The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

   The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the

Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED: June 11, 2020      **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:   */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, James Shayler

DATED: June 11, 2020      **JEFFER MANGELS BUTLER & MITCHELL LLP**

By:   */s/Matthew S. Kenefick*
Matthew S. Kenefick
Attorney for Defendant, Benjamin Arreola & Rose Arreola

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff James Shayler

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT NOTICE OF SETTLEMENT